UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L CLOSSON,

          Plaintiff,

   v.

DAN PACHOLKE,

          Defendant.

CASE NO. 3:16-CV-05062-RBL-JRC

ORDER GRANTING MOTIONS TO AMEND

     Plaintiff Keith L Closson, proceeding *pro se* and *in forma pauperis*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. Before the Court are Plaintiff's Motion to Amend Complaint (Dkt. 13) and Plaintiff's Second Motion to Amend Complaint (Dkt. 14).

     Pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure,

> A party may amend its pleading once as a matter of course within:
> (A) 21 days after serving it, or
> (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

Plaintiff filed his Motions to Amend (Dkts. 13, 14) prior to service and prior to the filing of a responsive pleading. *See* Docket. Therefore, Plaintiff has the right to file an amended complaint as a matter of course. "When the plaintiff has the right to file an amended complaint as a matter of course, [ ] the plain language of Rule 15(a) shows that the court lacks the discretion to reject the amended complaint based on its alleged futility." *Thomas v. Home Depot U.S.A., Inc.*, 2007 WL 2140917, * 2 (N.D. Cal. July 25, 2007) (*quoting Williams v. Board of Regents of University System of Georgia*, 477 F.3d 1282, 1292 n. 6 (11th Cir. 2007)). Accordingly, plaintiff's motions to amend (Dkts. 13, 14) are granted.

However, an amended pleading operates as a complete substitute for the original complaint. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) (*citing Hal Roach Studios v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990)). "All causes of action alleged in an original complaint which are not alleged in an amended complaint are waived." *Marx v. Loral Corp.*, 87 F.3d 1049, 1055-56 (9th Cir. 1996) (quoting *King v. Atiyeh*, 814 F.2d 565 (9th Cir. 1987)). Here, the proposed amended complaints attached to plaintiff's motions attempt to supplement pages of his original complaint. *See* Dkts. 13, 14. Therefore, the Court declines to serve the proposed amended complaint.

Accordingly, the Court orders Plaintiff to file a complete amended complaint, and not a supplement, on or before April 15, 2016. Plaintiff shall present the amended complaint on the form provided by the Court. The amended complaint must be legibly rewritten or retyped in its entirety, it should be an original and not a copy, it should contain the same case number, and it may not incorporate any part of the original complaint by reference. The amended complaint will act as a complete substitute for the original complaint and not as a supplement.

1 The Clerk is directed to send plaintiff this Order along with the appropriate forms for
2 filing a 42 U.S.C. § 1983 civil rights complaint.

3 Dated this 16th day of March, 2016.

J. Richard Creatura
United States Magistrate Judge