UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. CLOSSON,

          Plaintiff,

v.

DAN PACHOLKE,

          Defendants.

CASE NO. 3:16-cv-05062 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation [Dkt. #30].

(2)    The Court concludes Plaintiff has stated a plausible claim for relief against Defendant. Plaintiff has sufficiently alleged a connection between Defendant and the DOC policy that contributed to Plaintiff being denied soap for 27 and 11 days, and Defendant is not entitled to qualified immunity because Plaintiff does not seek damages. Therefore, Defendant's motion to dismiss [Dkt. #26] is **DENIED**.

**DATED** this 3rd day of January, 2017.

Ronald B. Leighton
United States District Judge

ORDER - 1